MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

August 29, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



BY HAND DELIVERY

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Carlos DeJesus**
        **No. 07 Cr. 545 (SHS)**
        **Request for Bail Modification, on Consent**

Dear Judge Stein:

    I am writing to respectfully request that the Court modify Mr. DeJesus' bail by eliminating the requirement of cash security. At the last conference in this case, the Court set the following financial conditions for Mr. DeJesus' release: a $100,000 personal recognizance bond, to be cosigned by three financially responsible persons and secured by $2,00 cash.

    As of today, three cosigners have executed the bond, but Mr. DeJesus remains in custody because his family cannot raise the $2,000. Accordingly, and with the agreement of the government, I respectfully request that the Court modify Mr. DeJesus bail by eliminating the requirement of cash security.

    I have spoken with AUSA Arlo Devlin-Brown, who consents to this modification.

                              Respectfully submitted,

                              STEVEN M. STATSINGER
                              Assistant Federal Defender
                              (212) 417-8736

cc:   AUSA Arlo Devlin-Brown

*[Handwritten endorsement: "So ordered 8/30/07 Sidney H. Stein USDJ"]*