

**Federal Defenders**
OF NEW YORK

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

November 2, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

BY HAND DELIVERY

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Carlos DeJesus**
    **No. 07 Cr. 545 (SHS)**
    **Request for Adjournment, on Consent**

Dear Judge Stein:

I am writing to respectfully communicate the parties' joint request that the trial in this case, currently scheduled to commence on December 17, 2007, be adjourned until late February 2008, or a date convenient to the Court thereafter.

Mr. DeJesus is currently in a residential drug treatment program and I have been advised by his pretrial officer that I should expect that he will remain there beyond December 17. There is a strong possibility that the parties will be able to resolve this case without a trial but, until Mr. DeJesus returns from the program, we cannot continue our negotiations. A trial date in late February, or beyond, would give the parties time to conclude plea negotiations and, if they fail, prepare for trial.

I have spoken with Assistant United States Attorney Arlo Devlin-Brown, who consents to the requested adjournment. In addition, the defense consents to an exclusion of Speedy Trial Act time until the adjourned trial date.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

AUSA Arlo Devlin-Brown

11/5/07. Motion for adjournment denied. Pretrial services officer Piedra has informed the Court that def. will likely be released from in-patient treatment on or about Nov. 17 and referred for outpatient treatment. If def. is not released on or about Nov. 17, this application may be renewed.

SO ORDERED 11/5/07

SIDNEY H. STEIN
U.S.D.J.