# Federal Defenders
## OF NEW YORK

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*



NOV 19 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

November 19, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

**BY HAND DELIVERY**

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  **United States v. Carlos DeJesus**
>      **No. 07 Cr. 545 (SHS)**
>      **Request for Bail Modification, on Consent**

Dear Judge Stein:

I am writing to respectfully request that the Court modify Mr. DeJesus' bail by permitting him to travel to Allentown, Pennsylvania, from November 23 to 25, 2007, so that he can visit his children, whom he has not seen since his arrest.

I have spoken with Luis Piedra, Mr. DeJesus' Pretrial Services Officer and AUSA Arlo Devlin-Brown, who both consent to this modification on the condition that Mr. DeJesus provide contact information to Mr. Piedra.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Arlo Devlin-Brown

SO ORDERED 11/20/07

SIDNEY H. STEIN
U.S.D.J.