# MEMORANDUM

TO:   HONORABLE Sidney H. Stein
      U.S. District Judge

FROM: **Michael Fitzpatrick, Chief**
      Pretrial Services Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

RE:     Carlos DeJesus
DOCKET#: 07-CR-545-01

The attached memorandum was prepared by Pretrial Services Officer:

| Luis Piedra | 212-805-4141 |
|---|---|
| Name | Phone Number |

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[X]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]   My office will inform all parties concerned that I will conduct a Bail Review Hearing in

   Courtroom # _____ on _____ at _____ .
                          Date              Time

[ ]   I request that a Bail Review Hearing be conducted by:

   [ ]   The presiding Magistrate Judge in courtroom # 5A.

   [ ]   The District Court Judge presiding in Part I.

   [ ]   _____ at his/her earliest convenience.
         Judicial Officer

[ ]   So ordered: _/s/ Sidney H. Stein_
                  USDJ
                  1/3/08