UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :
                                        :    **MISDEMEANOR**
          - v. -                        :    **INFORMATION**
                                        :
CARLOS DEJESUS,                         :    S1 07 Cr. 545 (SHS)
               Defendant.               :
- - - - - - - - - - - - - - - - - - - -x

### COUNT ONE

On or about May 22, 2007, in the Southern District of New York, CARLOS DEJESUS, the defendant, unlawfully, knowingly, and intentionally did possess a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Section 844.)

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 30 2008