```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :
                                   :       ORDER
CARLOS DEJESUS,                    :
                                   :       07 Cr. 545
                                   :
        Defendant.                 :
                                   :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

WHEREAS, with the consent of the defendant, CARLOS DEJESUS, his guilty plea allocution was taken before Magistrate Judge Debra C. Freeman on January 30, 2008;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon a review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         May ___1___, 2008

                                    _____
                                    HONORABLE SIDNEY H. STEIN
                                    UNITED STATES DISTRICT JUDGE